UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LOCAL 101, TRANSPORT WORKERS UNION
OF AMERICA,

                Plaintiff,

                **ORDER**
v.                 22-CV-963 (WFK) (MMH)

NATIONAL GRID,

                Defendant.
------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

On February 22, 2022, Plaintiff filed a motion for a temporary restraining order and preliminary injunction, which included a request to compel arbitration before an arbitrator designated by this Court. ECF No. 5. On February 28, 2022, the Court conducted a hearing regarding Plaintiff's request. Following the hearing, the Court ordered the parties to complete Steps Two and Three of the Grievance Procedure per Article IX of the parties' Collective Bargaining Agreement ("CBA") and subsequently inform the Court whether they had selected an arbitrator in accordance with the CBA by March 21, 2022. *See* ECF No. 12. On March 21, 2022, the parties informed the Court they parties were unable to reach a resolution and Plaintiff requested the appointment of an arbitrator. ECF Nos. 13-14. In response, the Court appointed Jonathan Walters, Esq. of Markowitz & Richman to serve as Arbitrator under 9 U.S.C. § 5. ECF No. 16. On June 6, 2022, the Arbitrator issued an opinion and award, which the Court adopted. ECF Nos. 24-25.

Paragraph 4 of the Arbitration Procedure section of Article IX of the CBA requires the parties to "share[] equally" the "administrative costs of arbitration, including the arbitrator's fees

and expenses." In a letter dated June 28, 2022, the Arbitrator submitted an itemized fee request in compliance with the Court's March 24, 2022 Order. Therefore, the Court DIRECTS the parties to furnish payment to the Arbitrator in equal amounts in accordance with the June 28, 2022 fee request.

SO ORDERED.

/s/ WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: July 15, 2022
      Brooklyn, New York